## FENN *against* SMITH.

Where the defendant is taken in custody in vacation, and bail are excepted to, they may justify before a judge, at his chambers, in vacation.

THE defendant being taken into custody, during the last vacation, put in special bail, which was excepted to by the plaintiff, and notice was given, during the vacation, that the bail would justify before the recorder of the city of *New-York*, at his chambers; but doubts being suggested, whether bail could justify at a judge's chambers, in vacation, without consent, the question was now submitted for the opinion of the court.

*Per Curiam.* There may be a justification of bail, in vacation, before a judge, at his chambers, according to the *English* practice, where the defendant happens to be in custody, in vacation. (1 *Sellon*, 168. *Tidd*, 226.) It is an exception to the general rule, that bail cannot justify in vacation, without consent.